```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0219--MJ (JDR)
                                       "USA V JAMES KIRK SHORT"
                                       DEF 1.1 SHORT, JAMES KIRK

                    Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 11/28/05
            Closed: NO
No. of Defendants: 1
   MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter: NO
Counsel of record: Kevin F. McCoy
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 USA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SHORT, JAMES KIRK

Document          Count      Citation and Description                           Disposition
_____          _____      _____                           _____

OPENING             1        21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE  Pending
                             A CONTROLLED SUBSTANCE
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0219--MJ (JDR)
                              "USA V JAMES KIRK SHORT"

                                  For all filing dates
```

```
   Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Magistrate Judge:
              Filed: 11/28/05
             Closed: NO
No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
 NOTE -   1   11/28/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/26/05 @
                        Anchorage, AK.

     1 -   1   11/28/05  Complaint filed.

     2 -   1   11/29/05  [Re: DEF 1] Financial Affidavit.

     3 -   1   11/29/05  [Re: DEF 1] JDR Order of Detention Pending Hearing;
                         Preliminary/Detention Hearing set for 12/1/05 at 9:00 a.m.   cc: USA,
                         FPD, USM, USPO

     4 -   1   11/29/05  [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Initial
                         Appearance on Complaint (held 11/29/05); Kevin McCoy accepted
                         appointment; Detention/Preliminary Hearing set for 12/1/05 at 9:00 am;
                         deft detained pending hearing.  cc: USA, FPD, USM, USPO

     5 -   1   11/29/05  DEF 1 Attorney Appearance of K. McCoy.
```