TIMOTHY M. BURGESS
United States Attorney

JAMES N. BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 AM 11: 07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A05-0219 MJ (JDR) |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL** |
| vs. | ) | |
| JAMES KIRK SHORT, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through James N. Barkeley, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

> James N. Barkeley
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK 99513-7567
> (907) 271-5071
> Fax: (907) 271-1500

RESPECTFULLY SUBMITTED on this 8th day of December, 2005, in Anchorage, Alaska.

> TIMOTHY M. BURGESS
> United States Attorney
>
> */s/ James N. Barkeley*
>
> JAMES N. Barkeley
> Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 8, 2005, via:

(X) FPD pickup box in USAO

Kevin McCoy
Asst. Federal Public Defender
FPD
Anchorage, Alaska 99501

Executed at Anchorage, Alaska, on December 8, 2005.

*/s/ Kristen Eckstadt*
Legal Assistant
Office of the U.S. Attorney

2